**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Patrice Green, as Administratrix of the Estate of Montoya Holmes, deceased,<br>Plaintiff,<br>vs.<br><br>Turn Key Health Clinics, LLC; Vic Regalado, in his official capacity; Angelia Lemons, LPN; Tyler Vonholt, LPN; and Crystal Whisenhunt, LPN,<br>Defendants. | Case No.: 25-cv-00412-CDL |

DISCLOSURE STATEMENT

**"PARTY" DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

Turn Key Health Clinics, LLC, dba TK Health
*[enter name of party on the line above]*

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: ____________________

in this action, makes the following disclosures:

**INSTRUCTIONS**:
1. Determine which part(s) of the form apply:
   - Part I is applicable in all cases and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

**PART I**

☐ This party is an individual who is a citizen of the state of ______________.

☐ This party is a corporation incorporated in ______________ and with a principal place of business in ______________.

☒ This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

Turn Key Health Clinics, LLC is wholly owned by sole member TK Health Holdings, LLC.

TK Health Holdings, LLC is wholly owned by TCSCFI TK LLC.

TCSCFI TK LLC's members are Trive Capital Small Cap Fund I LP (majority membership), and Turn Key Holdings, LLC

Trive Capital Small Cap Fund I LP is owned by Trive Capital Small Cap Fund I GP LLC, which is owned by:

a. Controlling, voting partners: Conner Searcy (Texas) and Chris Zugaro (Texas).
b. Passive, non-voting partners which include current and former Trive employees: Johnny Acosta (Texas), Blake Bonner (Texas), Tanner Cope (Texas), Madeline Esther (Minnesota), Trevor Johnston (Texas), Nick Miner (Texas), Patrick Myers (Texas), Jonathan Nunnaley (Texas), David Stinnett (Texas), Shravan Thadani (Texas), Stephen Yoost (Texas), Chris Zugaro (Texas), and Conner Searcy (Texas).

Turn Key Holdings, LLC is owned by members Flint Junod (Oklahoma), Jesse White (Oklahoma), Jon Echols (Oklahoma), and Trent Smith (Oklahoma).

☐ This party is a trust.

If yes, identify each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☒ This party has one or more parent entities.

If yes, identify all parent entities, including grandparent and great-grandparent entities.

The parent companies of Turn Key Health Clinics, LLC are:

TK Health Holdings, LLC (a Delaware limited liability company)
TCSCFI TK LLC (a Delaware limited liability company)

☐ This party has one or more subsidiaries.

If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners.

☐ Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐ This party is a trade association.

If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ This party is a trust.

If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this 3rd day of September, 2025.

Signature: /s/ Jo Lynn Jeter
Printed Name: Jo Lynn Jeter
Bar Number: 20252
Firm Name: Norman Wohlgemuth, LLP
Address: 401 S. Boston Ave., Suite 3200
City, State, Zip Code: Tulsa, OK. 74103
Phone/Fax: 918-583-7571
Email Address: jjeter@nwlawok.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Daniel E. Smolen
Robert M. Blakemore

/s/ Jo Lynn Jeter__________
Jo Lynn Jeter